UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: NO. 3:10-CR-78
-vs- :
:
RONALD ENGLISH, :
Defendants :

FILED
SCRANTON
MAR 16 2010
PER _____
DEPUTY CLERK

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 5, 2009, in Wayne County, within the Middle District of Pennsylvania, the defendant,

RONALD ENGLISH,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another person with the intent to commit murder by stabbing him numerous times with an ice-pick style sharpened weapon.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about December 5, 2009, in Wayne County, within the Middle District of Pennsylvania, the defendant,

RONALD ENGLISH,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and intentionally assault another person with a dangerous weapon, with the intent to do bodily harm and without just cause or excuse.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about December 5, 2009, in Wayne County, within the Middle District of Pennsylvania, the defendant,

RONALD ENGLISH,,

an inmate of the United States Penitentiary at Canaan, Pennsylvania, knowingly possessed a prohibited object, that is, a weapon in the form of an ice-pick style sharpened weapon with a cloth handle, which was contrary to rules established by the Bureau of Prisons.

In violation of Title 18, United States Code, Sections 1791(a)(2).

**A TRUE BILL:**

_3/16/10_
DATE

GRAND JURY FOREPERSON

DENNIS C. PFANNENSCHMIDT
United States Attorney